People v Young (2022 NY Slip Op 05481)

People v Young

2022 NY Slip Op 05481

Decided on September 30, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 30, 2022

PRESENT: CENTRA, J.P., LINDLEY, NEMOYER, CURRAN, AND WINSLOW, JJ. (Filed Sept. 30, 2022.) 

MOTION NO. (1013/17) KA 14-01029.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
TALARICO YOUNG, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.